# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

DANIJA HURST,

      Plaintiff,

vs.

SIMMONS PET FOOD, INC., an
Arkansas Corporation,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24-cv-1008_____

**DEFENDANT'S NOTICE OF AND
PETITION FOR REMOVAL**

Pursuant to 28 U.S.C. §§ 1332 and 1446, Simmons Pet Food, Inc. ("Defendant") hereby files its Notice of and Petition for Removal. Removal is based on the following grounds:

1.      On January 11, 2024, Plaintiff Danija Hurst ("Plaintiff") commenced an action against Defendant in the Iowa District Court for Dubuque County, Iowa, in which Plaintiff alleges claims under the Iowa Civil Rights Act ("ICRA") and the Americans with Disabilities Act ("ADA").

2.      That action bears the same title as the above caption and is docketed as Case No. LACV115545 (the "State Action").

3.      On January 22, 2024, Plaintiff served a copy of the Petition for the State Action on Defendant's registered agent Corporation Service Company.

## TIMELY REMOVAL

4.      This Notice of and Petition for Removal is filed within thirty (30) days after the service of the Petition, the first pleading from which it could be ascertained this action is removable and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION AND VENUE

1. Plaintiff has asserted claims against Defendant for violations of the ICRA and ADA.

2. This Court has original jurisdiction over Plaintiff's ADA claims pursuant to 28 U.S.C. § 1331.

3. Plaintiff's ICRA claims ("State Law Claims") are so related to Plaintiff's ADA claims that they form part of the same case or controversy.

4. In particular, in her Complaint, Plaintiff relies on the same set of factual allegations to form her ADA and State Law Claims. *See* Exhibit A.

5. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's State Law Claims.

5. Further, this Court has diversity jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1332, as this matter is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. See 28 U.S.C. §1332(a)(1).

6. Plaintiff is and was at all material times a resident of Dubuque, Dubuque County, Iowa. Petition at ¶ 1.

7. Defendant is a corporation formed under the laws of the state of Arkansas with a principal place of business in Arkansas. Petition at ¶ 2; Exhibit B.

8. In addition, in accordance with Local Rule 81(a)(4), Defendant provides the following statement of facts demonstrating satisfaction that the amount in controversy meets the jurisdictional amount:

    a. Plaintiff is seeking damages for lost wages, emotional distress, mental anguish,

2

compensatory relief, punitive damages, and reasonable attorney fees. as allowed under the ICRA and ADA. Exhibit A, Petition at p. 3 (Count I and Count II Prayer for Relief).

b. Plaintiff was employed as a tray packer at Defendant's Dubuque, Iowa facility. As a tray packer, Plaintiff was an hourly, non-exempt employee, and was eligible for overtime. At the time of her resignation, Plaintiff was making $23.00 per hour. Exhibit B.

c. In light of the foregoing, it is clear that the totality of the damages sought by Plaintiff exceeds $75,000.

9. Thus, this action should be removed from the Iowa District Court for Dubuque County, Iowa, to the United States District Court for the Northern District of Iowa, Eastern Division.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b). The United States District Court for the Northern District of Iowa, Eastern Division, is the Division which encompasses Dubuque County, the district in which the State Action was filed.

**NOTICE AND COMPLIANCE WITH LOCAL RULES**

11. A true and correct copy of all process, pleadings, and orders filed in connection with the State Action is attached as Exhibit A, as required by 28 U.S.C. § 1446(a) and Local Rule 81(a)(1).

12. Pursuant to Local Rule 81(a)(2), there are no matters pending in the state court that require immediate resolution by this Court.

3

13.     Pursuant to Local Rule 81(a)(3), the only counsel that has appeared in the State Action is Plaintiff's counsel, Emilie Roth Richardson, Roth Law Office, P.C., 1400 University Ave., Suite D, Dubuque, IA 52001. 563-557-1611. eroth@rothlawdbq.com.

14.     Promptly after the filing of this Notice, Defendants will serve written notice of this removal to Plaintiff through her counsel and will file a copy of this Notice of and Petition for Removal with the Iowa District Court for Dubuque County, Iowa.

**WHEREFORE**, Defendants respectfully request that the State Action be removed to this Court and this Court assume jurisdiction over this matter for all further proceedings.

Respectfully submitted this 9th day of February, 2024.

Respectfully submitted,

By: /s/        Ann L. Zebrowski
Catherine A. Cano, AT0011540
Ann L. Zebrowski, AT0012033
Jackson Lewis P.C.
10050 Regency Circle
Omaha, NE 68114
P. 402-391-1991
Catherine.Cano@jacksonlewis.com
Ann.Zebrowski@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF System which sent notification of such filing to the following:

Emilie Roth Richardson
Roth Law Office, P.C.
1400 University Ave.
Suite D
Dubuque, IA 52001
eroth@rothlawdbq.com

/s/      *Ann L. Zebrowski*       

4874-0096-7588, v. 1